FILED

07/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0333

IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 20-0333

| | |
|---|---|
| IN RE THE MARRIAGE OF: <br><br> JEFFERY PATRICK HEENAN, <br><br>      Petitioner & Appellant, <br><br> and <br><br> SARAH KATE WALLACE, <br><br>      Respondent & Appellee. | **ORDER GRANTING** <br> **EXTENSION OF TIME** |

BASED UPON the Appellant's Unopposed Motion for Extension of Time, and good cause appearing, therefore:

IT IS HEREBY ORDERED, the Appellant is given an extension of time until September 30, 2020, to prepare, file and serve the Appellant's Opening Brief.

Dated this ___ day of _____ 2020.

_____
Montana Supreme Court Judge

ORDER GRANTING EXTENSION OF TIME                Page 1 of 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2020